PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Albert Miller            Cr.: 20-00128-001
                                                                                                                 PACTS #: 6863223

Name of Sentencing Judicial Officer:     THE HONORABLE WILLIAM J. MARTINI
                                                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/10/2021

Original Offense:    Count Two: Aggravated Identity Theft 18 U.S.C. § 1028A(a)(1) and 18 U.S.C. § 2, a Class E Felony

Original Sentence: 24 months imprisonment, 12 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Financial Disclosure, Mental Health Treatment, New Debt Restrictions, Life Skills/Education

Type of Supervision: Supervised Release                       Date Supervision Commenced: 01/25/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1.          Mr. Miller violated the following special condition of supervised release:

            **"You shall refrain from the illegal possession and use of drug, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition."**

            On January 26, 2023, Mr. Miller submitted a urinalysis that tested positive for alcohol.

U.S. Probation Officer Action:
Mr. Miller admitted to drinking champagne the day prior to his test as he was celebrating his release from prison. Mr. Miller signed an admission of drug use form and stated he was not aware he was prohibited from consuming alcohol while on supervised release. The consequences for continued substance use were discussed with Mr. Miller. The U.S. Probation Office will continue to monitor Mr. Miller's sobriety and notify the Court of any additional non-compliance. We are respectfully requesting no court action be taken and allow this notice serve as a written reprimand from the Court.

Prob 12A – page 2
Albert Miller

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: *Donovan K. Hammond*
DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

*Patrick Hattersley*          02/10/2023
PATRICK HATTERSLEY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

2/14/23
Date